## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: **Twin Cities Entertainment, Inc.**　　　　　　　　Case No. **BKY 10-44801**

　　　　　Debtor.　　　　　　　　　　　　　　　　　　　**Chapter 11 Case**

### ORDER FOR REPORT OF PAYMENTS MADE UNDER CHAPTER 11 PLAN

A plan was confirmed on **October 13, 2010**. **Lynn J.D. Wartchow**, the attorney for the proponent of the plan, and the proponent, are hereby ordered to complete, date and sign the report below following the instructions therein, and file same with the clerk within ten days after the date of this order.

Date: October 13, 2010　　　　　　　　　　　　　　/e/ Robert J. Kressel
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/13/2010
Lori Vosejpka, Clerk, by LMH

---

Report — Instructions: The proponent is required to report to the court, and the clerk is required to report to the Administrative Office of the United States Courts, regarding money paid postpetition but preconfirmation and paid or to be paid under a confirmed chapter 11 plan. Payments to be made in the future must necessarily be estimated based upon the exact future payments provided for by the plan. The attorney for the proponent, and the proponent, are accordingly required to complete and file this report. Each item should be answered: if "None," so state. Please remember that all payments made postpetition to date, and all payments to be made hereafter, for all preconfirmation debts and certain administrative expenses, including all attorney fees in the case, are to be included and combined if necessary to answer each item listed below.

### Certain Administrative Expense Payments

1. Fees paid or to be paid to Attorney for Debtor(s)　$ 18,125.
2. Compensation paid or to be paid to Trustee if any　$ 2,600.
3. Fees paid or to be paid to Attorney for Trustee　$ NONE
4. Total all fees paid or to be paid to other professional persons if any　$ NONE
5. Total all items paid or to be paid to all of above for reimbursement of expenses　$ 445.59

### Payments to All Creditors

6. All payments made or to be made to secured creditors including tax lien claims　$ 231,835.
7. All payments made or to be made to unsecured priority creditors including taxes　$ 0.
8. Grand total all claims allowed or allowable at unsecured nonpriority　$ 14,825.
9. Percent dividend paid or to be paid on the general unsecured nonpriority claims　$ 5.0%

The above information and report is provided to the best of my knowledge, information and belief under Fed. R. Bankr. P. 9011(a).

Lynn J.D. Wartchow, Esquire　952/832-2000
7241 Ohms Lane, Suite 275
Edina, Minnesota 55439
#0397216
Attorney's Name, Address, Telephone and Attorney License Number
Rev060796;020602

Signed: _Wartchow_
Attorney for Proponent

Dated: 10/21/2010

Signed: EStephan Holt
Proponent

Dated: 10-21-2010